COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-19-00204-CV |
| | § | |
| CESAR ORNELAS LAW, PLLC, | | AN ORIGINAL PROCEEDING |
| AND CESAR ORNELAS, | § | |
| | | IN MANDAMUS |
| Relators. | § | |

## MEMORANDUM OPINION

Relators, Cesar Ornelas Law, PLLC, and Cesar Ornelas, have filed a mandamus petition against the Honorable Patrick Garcia, Judge of the 384th District Court of El Paso County, Texas, challenging an order permitting pre-arbitration discovery. Relators have also filed a motion requesting a stay of proceedings in the underlying case. The petition for writ of mandamus and the emergency motion to stay are denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding); *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135-36 (Tex. 2004)(orig. proceeding). The burden is on relator to show it is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)(orig. proceeding). After reviewing the mandamus petition and record, we conclude that Relators have failed to show that they are entitled to mandamus relief. Accordingly, we deny the

emergency motion to stay and the petition for writ of mandamus.

GINA M. PALAFOX, Justice

August 7, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.